IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00009-PAB-KLM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

2003 CHEVROLET SILVERADO 1500, and
2006 BMW 330 XI,

 Defendants.

---

## FINAL ORDER OF FORFEITURE

---

 This matter is before the Court on the United States' Unopposed Motion for Final Order of Forfeiture [Docket No. 15]. The Court being fully advised of the motion's premises finds that:

 The United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

 All known interested parties have been provided an opportunity to respond and publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

 The United States and sole claimant First National Bank of Liberal, Kansas, have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute as to defendant 2003 Chevrolet Silverado 1500;

 No other claims to defendant vehicles have been filed;

 Upon agreement of the parties, the United States shall sell defendant Silverado and pursuant to terms of the agreement, from the proceeds of the sale, less all

associated costs and expenses incurred by the government, and if sufficient to cover the amounts owing to pay First National Bank as follows:

    A.    $2,148.52 unpaid principal;

    B.    $38.56 unpaid interest; and

    C.    Accrued interest at 10.4% per annum from March 24, 2011, until paid.

The vehicles shall be forfeited to the United States and disposed of in accordance with law.

It further appears there is cause to issue a forfeiture under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED that:

1. Final Order of Forfeiture shall enter in this case in forfeiting all right, title, and interest to defendant 2003 Chevrolet Silverado 1500, VIN 2GCEC19V031390821 and defendant 2006 BMW 330 xi, VIN WBAVD33526KV66223, to the United States.

2. The Clerk of the Court is directed to enter judgment.

3. A Certificate of Reasonable Cause, which this order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. § 2465.

DATED June 23, 2011.

                                      BY THE COURT:

                                      s/ Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge